## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20053-TP-UNGARO/TORRES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MAGDIEL MILLAR,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

This matter was before the Court following on Order of Reference to conduct an evidentiary hearing on the Petition for Supervised Release Violation [D.E. 3] that charged the defendant with violating the terms of his supervised release in three counts.

Upon the scheduling of an evidentiary hearing on the Petition held on this date, the Defendant admitted the material provisions of count 2 of the Petition in conjunction with an agreement with the government on the recommended sentence. The government also agreed to dismiss Counts 1 and 3 of the Petition.

The Court accepted the Defendants' admissions to the relevant violation, reserving any issues as to sentencing for the District Judge's consideration at a final hearing on the petition.

Based upon the admissions to the material facts underlying the violation in the Petition as to Count 2, a further evidentiary hearing is not required with respect to those facts and the matter may now be addressed by the Court for final adjudication.

ACCORDINGLY, this Court recommends to the District Court that the Defendant's admissions be accepted as to count 2 of the Petition and that a sentencing hearing be conducted for final disposition of this matter.

The Court will expedite for good cause the objecting period in the case. The parties shall have until April 5, 2012, within which to file objections, if any, with the Honorable Ursula Ungaro, United States District Judge assigned to this case.

**DONE AND SUBMITTED** at Miami, Florida, this 3rd day of April, 2012.

/s/ Edwin G. Torres
EDWIN G. TORRES
United States Magistrate Judge